AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:20-mj-288 |
| | ) |
| | ) |
| LEATHA INEZ SAVAGE | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 17, 2020__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(viii)<br>18 U.S.C. 2 | knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

TFO CHRISTOPHER L. ELLISON, DEA
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: April 17, 2020

City and state: COLUMBUS, OHIO

Kimberly A. Jolson
United States Magistrate Judge