IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 DEC -6 PM 3:58

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | JUDGE |
| Plaintiff, | : | INFORMATION |
| v. | : | |
| LEATHA INEZ SAVAGE, | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | | 18 U.S.C. § 2 |
| Defendant. | : | FORFEITURE |

2:21-cr-237
Judge Sargus

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
[Possession with Intent to Distribute Methamphetamine]

On or about April 17, 2020, in the Southern District of Ohio, the defendant, LEATHA INEZ SAVAGE, knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

1. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

2. Upon conviction of the offense alleged in this Information, the defendant, LEATHA INEZ SAVAGE, shall forfeit to the United States all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such

violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

    a.    The following firearms, including any ammunition and magazines, seized on or about April 17, 2020, during the execution of a search warrant at 6366 Chetti Drive, Columbus, Ohio:

        i.    A Sig Sauer P250, 9mm pistol, SN: EAK036036;
        ii.   A Kimber Pro Carry II, 9mm pistol, SN: KRF27130; and
        iii.  A Kimber Aegis Elite PRO .45 caliber pistol, SN: K611710.

    b.    A Stallard Arms, Inc., JS-9, 9mm pistol with an obliterated Serial Number, including any ammunition, voluntarily turned over to law enforcement by the defendant on or about April 23, 2020.

Forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

                                                  VIPAL J. PATEL
                                                  ACTING UNITED STATES ATTORNEY

                                                  */s/ Sheila G. Lafferty*
                                                  SHEILA G. LAFFERTY (0042554)
                                                  Assistant United States Attorney