# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**LEATHA INEZ SAVAGE,**

        **Defendant.**

**NOTICE**
Case No. 2:21-cr-237
**JUDGE SARGUS, JR.**

**TAKE NOTICE** that a proceeding in this case has been **set** for the place, date, and time set forth below:

Place:  United States District Court        **GoToMeeting**
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard        **December 13, 2021 at 9:30 a.m.**
Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information**
If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**

DATE:  December 7, 2021

         /s /   Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk