# CRIMINAL MINUTES

2:21-cr-237
USA v. Leatha Inez Savage
(Bond)


## Arraignment on Information

### Hearing held on Monday, December 13, 2021 at 9:30 a.m.
### via GoToMeeting Video Conference
### before Judge Edmund A. Sargus, Jr.


For Govt: Sheila Lafferty

For Deft: Donald Regensburger

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

    Defendant enters a plea of guilty to count 1 and the forfeiture allegation of
    information.
    PSI Ordered.
    Waiver of Indictment to be submitted.