# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:21 cr 237 |
| vs. | : | JUDGE SARGUS |
| LEATHA I. SAVAGE, | : | |
| Defendant. | : | |

## DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO SUBMIT FINAL PRESENTENCE INVESTIGATION REPORT

Now comes Defendant Leatha I. Savage, though undersigned counsel, and respectfully requests that the Court grant the Probation Office an extension of time until March 11, 2022, in which to submit its final presentence investigation report in the above-captioned matter. The reasons in support of this request are set forth in the following Memorandum.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Office
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

**MEMORANDUM**

The initial presentence investigation report in this matter was prepared on January 19, 2022. Defendant was to submit her objections by February 9, 2022, and the final report is to be filed on February 28, 2022. Unfortunately, due to the considerable factual and legal review required, and Counsel's extremely busy trial docket, Defendant was unable to serve Probation Officer Mueller and the United States with her objections until February 19, 2022. Accordingly, based on the foregoing, Defendant respectfully requests that the Probation Office be granted an extension of time until March 11, 2022, in which to file its final presentence investigation report.

    Respectfully submitted,

    **/s/ Samuel H. Shamansky**
    SAMUEL H. SHAMANSKY
    Ohio Supreme Court No. 0030772
    523 South Third Street
    Columbus, Ohio 43215
    (614) 242-3939 – Office
    (614) 242-3999 – Fax
    shamanskyco@gmail.com

    Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Sheila Lafferty, United States Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on February 25, 2022.

    **/s/ Samuel H. Shamansky**
    SAMUEL H. SHAMANSKY