**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
    Plaintiff,

    v.

**LEATHA INEZ SAVAGE,**
    Defendant.

**NOTICE**

Case No. 2:21-cr-237
Judge Edmund A. Sargus, Jr.

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**	United States District Court	GoToMeeting Video Conference
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard	May 3, 2022 at 10:30 A.M.
    Columbus, Ohio 43215

TYPE OF PROCEEDING:	**SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

        **EDMUND A. SARGUS, JR.
        UNITED STATES DISTRICT JUDGE**

DATE:  March 11, 2022

        ___/s /   Christin Werner_____
        (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF