# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
      Plaintiff,

      v.

**LEATHA INEZ SAVAGE,**
      Defendant.

**NOTICE**

Case No. 2:21-cr-237
Judge Edmund A. Sargus, Jr.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**    United States District Court      GoToMeeting Video Conference
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard      **May 19, 2022 at 9:30 A.M.**
Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE: April 28, 2022

     /s /    Christin Werner
(By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF