**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,               :

        Plaintiff,               :          CASE NO. 2:21-CR-00237

      v.               :          JUDGE SARGUS

LEATHA INEZ SAVAGE,               :

        Defendant.               :

## DEFENDANT'S SENTENCING MEMORANDUM

Defendant Leatha Inez Savage, through undersigned counsel, respectfully submits the following Sentencing Memorandum for the Court's consideration.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY CO., L.P.A.
Samuel H. Shamansky (0030772)
Lucas D. Trott (0101319)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

## MEMORANDUM

Defendant acknowledges that Probation Officer Emily Mueller has provided a thorough and accurate rendition of the factual and procedural background of this case and takes no issue with the same beyond the objections enclosed therein. In this matter, the parties entered a plea agreement pursuant to Rule 11(c)(1)(C). On December 13, 2021, and pursuant to the parties' agreement, Ms. Savage entered a plea of guilty to Count One of the Information, to wit: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

The instant offense includes a statutory maximum term of imprisonment of 20 years, up to a $1,000,000.00 fine, up to a lifetime of supervised release, restitution, and a mandatory special assessment of $100.00. Defendant's presentence investigation report indicates a total offense level of 30 and a criminal history category of I, corresponding to a guideline range of 97-121 months. The terms of the Rule 11(c)(1)(C) agreement provide, *inter alia*, that no greater than an 18-month term of incarceration be recommended. Pursuant to the same, Counsel for the United States has recommended a term of imprisonment of no more than 18 months. In light of her background and the factual circumstances of this case, however, Defendant respectfully submits that a sentence of probation with a period of home confinement would provide a just and reasonable punishment. Defendant urges the Court to consider the factors set forth below in determining a reasonable sentence.

## Application of 18 U.S.C. § 3553

In defining "reasonableness," Congress has directed that criminal sentences must achieve four purposes: (1) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense, (2) to afford adequate deterrence to criminal conduct, (3)

to protect the public from further crimes of the defendant, and (4) to provide the defendant with needed education or vocational training, medical care, or other correctional treatment in an effective manner. *See* 18 U.S.C. § 3553(a)(2). In addition, § 3553 requires a sentencing court to consider "the need to avoid unwanted sentence disparity among defendants with similar records who have been found guilty of similar conduct." *See* 18 U.S.C. § 3553(a)(6).  Moreover, § 3553 provides that the sentence shall be "no greater than necessary . . . to comply with the purposes of punishment . . . ." *See* 18 U.S.C. § 3553(a).

In the case *sub judice* and pursuant to the foregoing analysis under *Booker* and § 3553, three considerations warrant imposition of a sentence of probation in this case: (1) Defendant's history and personal characteristics, §3553(a)(1); (2) the need for the sentence imposed to reflect the seriousness of the crime and to provide just punishment for the offense, § 3553(a)(2)(A); and (3) the need for the sentence imposed to afford adequate deterrence and protect the public from future crimes committed by the defendant, § 3553(a)(2)(B) and (C).

### Defendant's History and Personal Characteristics - § 3553(a)(1)

Defendant is thirty-one years old and is a lifelong resident of Columbus, Ohio. As described in the presentence report, Ms. Savage enjoyed a stable upbringing, and was raised by both parents. Due in part to her familial support, Defendant graduated from Eastmoor Academy High School and earned her Bachelor of Science in Criminal Justice from Kentucky State University. Defendant is currently enrolled at Ohio Dominican University where she is working towards a master's degree in Business Administration, which she expects to complete in July 2022. Ms. Savage is fortunate to maintain a very close relationship with her parents, including her father who she cares for nearly every day due to his seizure disorder. Defendant has no children but has been in a relationship with Jordan Harris since 2020. Mr. Harris is gainfully employed and has

been supportive of Ms. Savage throughout her court proceedings. Defendant submits that she enjoys a robust support system, and several letters of support shall be separately provided to the Court.

Defendant has proven to be a productive member of society, maintaining consistent employment since graduating college. Ms. Savage was employed as a Correction Records Officer at the Franklin County Sheriff's Office from 2014 until 2020. Defendant is currently employed in the Financial Aid Department at the American Institute of Alternative Medicine in Columbus.  She has maintained her current employment while also remaining committed to completing her master's degree program.

Prior to the instant matter, Ms. Savage enjoyed a spotless criminal record aside from minor traffic violations. As described in the presentence report, Defendant's lack of contact with the justice system earned her a total criminal history score of zero.

### Need for the Sentence to Reflect the Seriousness of the Crime, Promote Respect for the Law, Provide Just Punishment, Deter Criminal Conduct, and Protect the Public - § 3553(a)(2)

Ms. Savage recognizes that Possession with Intent to Distribute Methamphetamine is a serious offense which merits significant punishment. However, without minimizing her conduct or its impact, Defendant respectfully submits that a sentence of probation with a period of home confinement would satisfy the statutory principles of sentencing.

Ms. Savage has accepted responsibility for her behavior by pleading guilty and has expressed genuine remorse for her actions. As reflected in the presentence report, Defendant's acceptance of responsibility and timely notice of her intention to enter a guilty plea earned her a three-level reduction.

Though there is no excuse for her conduct, Defendant submits that she was ushered into

this criminal enterprise against her better judgment due to the influence of her former boyfriend. Nonetheless, Ms. Savage acknowledges that only she is to blame for her own actions, and her poor decision-making has earned her a lifelong felony criminal record. Defendant respectfully submits that she intends to learn from these mistakes, and her behavior was isolated and uncharacteristic. Without minimizing the seriousness of her conduct, Ms. Savage respectfully notes that her minor role in the drug trafficking organization earned her a two-level reduction.

Under the circumstances, Defendant submits that she is not a high risk to reoffend, and that her unique background and circumstances support a sentence of probation with a period of home confinement. Defendant trusts that the Court will exercise its discretion in crafting a just sentence which will allow her to continue to advance academically, professionally, and as a contributing member of society.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY CO., L.P.A.
Samuel H. Shamansky (0030772)
Lucas D. Trott (0101319)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Sheila G. Lafferty, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on May 6, 2022.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY