Your honor,

I've known Leatha for almost eight years. We began working together at the Franklin County Sheriff's Office as coworkers and quickly became friends. Despite the gravity of the situation, I'd want to take a moment to focus on the person that Leatha truly is.

Leatha has shown me what true friendship is over the years. She is highly trustworthy, always provides a helping hand, and is a fantastic support when needed.

In addition to our friendship, Leatha is an exceptional daughter. Leatha is the youngest child of her parents, both of whom are up in age & rely on her for support.

I believe Leatha's role as her father's primary caregiver reveals a lot about her personality. When her father is sick, has a doctor's appointment, or simply wants some cleaning done, I've seen Leatha drop everything.

Leatha always finds time to make sure her parents are receiving the finest care possible while managing a full-time work schedule and attending college courses to earn her master's degree.

With that said, I hope I was able to shed some light on who Leatha is and that the court will be lenient in her punishment.

Best Regards,

Tierra Sullivan

Latesha Webb



04/01/2022

To: The Honorable Judge Edmund A. Sargus JR.

The purpose of this letter is to request leniency for my dear friend Leatha Savage. I met Leatha in 2008 while attending Eastmoor Academy and was saddened after learning she was being indicted on federal charges.

As a judge, I'm sure you receive similar letters, but Leatha's situation is truly shocking, as she's always acted with integrity, and never been involved in any legal trouble. Despite her current circumstances, Leatha has continued to be a productive member of society. She's currently pursuing her master's degree, planning for home ownership, and always brainstorming new business ventures.

Leatha's a good human being who made a poor decision. What I admire most about Leatha is her accountability throughout this situation, and her perseverance to continue going after a dark life changing event. I believe everything happens for a reason and Leatha will use this life event to inspire others and walk in the purpose that God has planned for her life.

As a judge, I know it's your responsibility to sentence people for their crimes, but I'm hoping the court will take this letter and Leatha's background and character into consideration at the time of sentencing. Leatha is not a criminal who has no regard for her actions who plans to repeat the same mistakes. Leatha is a caretake for her father, a college graduate, a professional in her workplace, an amazing friend, and future entrepreneur. She is valued and despite her current case, Leatha still has an honorable character.

Sincerely,

Latesha Webb

Bruce Woods


**Your Honor,**

This letter has been written with the intent to request leniency for my friend Leatha Savage. I have had the pleasure of knowing as my childhood friend for the last 13 years. And she has always carried herself with nothing but morals and integrity and has been nothing but a kind person to others.

While I do understand the severity of the federal charges being brought up against her, I also believe that they in no way define who Leatha is and her character at most. Leatha has always been a productive member of society and has always strived for more, she is currently in graduate school, working on her master's degree and is a caretaker for her elderly father.

Leatha understands and has taken full accountability for her actions in this situation and has gained an extreme amount of wisdom and clarity since this life changing moment has taken place. I do understand that as a judge your job is to sentence according to the crime, but I do ask that you consider her impeccable character, the lack of a prior criminal record, her role as a productive member of society and the future she has aligned for herself.

Best Regards,
Bruce Woods





Tocarra Morris

May 2, 2022

Your Honor

This letter is to ask you for leniency for my aunt Leatha Savage. Although I am older than her, she has always made a point to let everyone know that is she is my aunt. We'd both look at each other and laugh. So, it is with a heavy heart that I write this letter.

Honorable Judge Edmund A. Sargus JR. Leatha Savage has made a mistake and she's aware and frightened. She has never been in any legal trouble before which is why it's very shocking and has troubled our family so much. It has broken my grandparents' heart to learn their daughter has made such a mistake however they know she has learned. Leatha is a good person with a good heart. Her accountability speaks volume and despite her current situation she is still persevering as she obtains her master's degree graduating in December 2022. As her niece and Realtor, I am happy to say that her efforts towards homeownership has been a successful and she will have her dream home soon. Leatha is not a criminal nor a threat to society. I hope that with your leniency Honorable Judge Edmund A. Sargus JR. this mistake doesn't haunt her forever and permanently impact her life. We ask that you see her for all the good she is and not the one mistake she has made.

Sincerely,

Tocarra Morris



Your Honor,

I am writing to urge leniency in the sentencing of my friend Leatha Savage.

I have known Leatha Savage for more than 15 years. We entered Kentucky State University as children ready to learn the ways of the world and graduated ready to show the world all we learned (Enter to Learn and Exit to serve). She and I are both aware of the gravity of the crime that she is being convicted of, but it is still hard for me to wrap my head around. This is not the young lady I entered to learn and exited to serve college with. I would like to give you a different perspective that shows Leatha is more than the sum of her actions on the day of the crime.

Leatha has always been there for me willing to lend a hand, an ear or her purse with everything from being my number one supporter and advocate to find help when I was battling depression, attending my first child's birth and being a huge cheerleader when I received the Middle School Teacher of the Year award. I could not imagine going through any of these experiences and not having her by my side.

Leatha is the first to admit her wrong doing in the crime committed and has had plenty of time to reflect while taking care of her sick father who suffers for seizers. She has been his primary care taker for the last couple of years. The decision that she made years ago doesn't just affect her but also her loved ones around her.

As you know this is not only Leatha's first conviction but her first offense. Given her otherwise clean record as well as her close ties to the community, I strongly believe that a lesser sentence is most appropriate in this situation. Thank you for time!

Sincerely,

Zacharie Brooks

8Th grade Science Teacher

Real Estate Agent

Scanned with CamScanner



Samuel Shamansky

## Fwd: Letter for Judge
1 message



Mon, May 2, 2022 at 6:51 AM

Sent from my iPhone

Begin forwarded message:

**From:** Shadae Howard
**Date:** January 26, 2022 at 6:51:28 PM EST
**Subject: Letter for Judge**

# Your Honor,

I am writing to plead for leniency and grace for sentencing of my friend Leatha Savage.

Leatha has been my best friend since 2002, we met in 7th grade and since have been extremely close. We've participated in many musicals, plays, dance teams, holidays, recitals, and family gatherings together. She is like family. The moment I gained knowledge of the crime she was convicted of, I was shocked…. She was shocked. This is not the smart, obedient, responsible girl I grew up with…. It was an honest misstep, a mistake. She is so much more than the sum of her actions on the day of her crime.

Leatha is a very honest, sweet, dependable person. She is my right hand girl. Any time I'm going through something I can always call her and she helps me calm my anxiety, helps me make difficult decisions, encourages me, and gives me love when I need it most. She's an amazing human. My person.

She understands the magnitude of the crime and is extremely remorseful. She has disconnected herself from all bad influences and has elevated herself tremendously over the past year. She is currently working on her masters degree and I couldn't be more proud of her. She takes care of her sick father daily and selflessly feeds him, helps him with chores, and nurtures him. She has been dedicated to furthering her education and surrounding herself with positive, intelligent and responsible people like herself. I've watched her day to day become more and more cognizant and self aware of her choices and decisions…. Her growth has been impeccable.

As you already are aware, this is Leatha's first (and last) offense. She otherwise has a squeaky clean record and has never been involved in anything that was frowned upon in the court of law. She has been an upstanding citizen and has been on a straight and narrow track her entire life. I urge you to consider a lesser sentence in this situation. Please show mercy to my friend. Thank you so much for your time and consideration.

Best Regards,

Shadaé Howard



LeAtha Savage

Your Honor,
I am writing to urge leniency in the sentencing of my friend LeAtha Savage.
I have known LeAtha for 12 years since we attended college together. She and I both are aware of the gravity of the crime she has been convicted of. This is hard for me to accept. LeAtha is a wonderful young woman with a great head on her shoulders who just happened to get mixed up with the wrong person.
LeAtha has always been there for me when I needed anything, whether it meant a listening ear or guidance. I recently went through a life-changing experience, and LeAtha has been an exceptional support system and friend while dealing with her life issues.
Since knowing LeAtha, she has always been a hard-working woman and determined to finish anything she puts her mind to; her ambition to strive and succeed has always been her main goal in life.
This is LeAtha's first time with a run-in with law enforcement; I don't know LeAtha to have anything on her record. LeAtha is all about giving back to the community and helping in any way that she can. I am not sure how the sentencing takes effect, but a lesser sentence should be appropriate in LeAtha's situation.

Sincerely,
Brian Allen



1/30/22

Judge Sargus
Columbus, OH

Your Honor:

I am writing to urge leniency in the sentencing of my friend Leatha Savage. I am, Danielle Haynes and I have known Leatha since the second grade.  I am a licensed independent social worker and really enjoy helping others and being present within my community. Growing up Leatha was one of my first friends. I recall as a young girl Leatha and I planning our futures.

I understand the seriousness of her current charge, but I hope that you take into consideration her background, her support system, her achievements, and her resiliency.  I have had the pleasure of growing up with her from singing little Romeo give me a chance in a talent show to doing drill team and graduating from college. She has been a great friend to me over the years coping with many losses such as my sister and most recently my mom in October 2021. She is a caring daughter and constantly assists her mother and father. She is the tick toking aunt who has always been family oriented.

Leatha Savage is not a criminal, drug trafficker, and/ or unproductive citizen. She is a loving daughter, a supportive sister, a reliable co-worker, a friend who is always willing to give a listening ear, a graduate, a current student, and a productive citizen within society. As you know this is her first offense. Given her history and close ties within the community; I am hopeful that she will receive a lesser sentence. Someone once told me that faith and fear cannot co-exist. As, I write this letter in faith in hope of second chances and understanding teachable moments; I believe Leatha Savage should not be made an example. If there is an exception; she is it! Please allow her this second chance. I have spoken with her and she understands the magnitude of this situation and how one simple decision, a phone call can impact the rest of her life. I hope from this letter you were able to get a glimpse of the wonderful person I have known since I was 8 years old.

Thank you for taking the time to read this letter and taking these things into consideration prior to her sentencing.

Sincerely,


Danielle Louise Haynes, LISW-S,LICDC