**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **NOTICE** |
| v. | Case No. 2:21-cr-237 |
| | Judge Edmund A. Sargus, Jr. |
| **LEATHA INEZ SAVAGE,** | |
| Defendant. | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**	United States District Court	GoToMeeting Video Conference
		Joseph P. Kinneary U.S. Courthouse
		85 Marconi Boulevard	July 14, 2022 at 1:30 P.M.
		Columbus, Ohio 43215

TYPE OF PROCEEDING:	**SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

DATE:  May 25, 2022

	 /s /   Christin Werner
	(By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF