# **CRIMINAL MINUTES**

2:21-cr-237
USA v. Leatha Inez Save
(Bond)

## **Sentencing**
**held on Thursday, July 14, 2022 at 1:30 p.m.**
**via GoToMeeting Video Conference**
**before Judge Edmund A. Sargus, Jr.**

Counsel for Government: Sheila Lafferty

Counsel for Defendant: Sam Shamansky

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

Probation Officer: Emily Muller

The defendant was sentenced to time served.
Three years supervised release with special conditions.
$100 special assessment.